■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. MILLER, Appellant. [996 NYS2d 201]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered March 22, 2013. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.